■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMBASSIE DUMBUYA, Appellant. [37 NYS3d 889]—

Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered January 11, 2013, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of four years, unanimously affirmed.

The court properly denied defendant's suppression motion. In a high crime area around midnight, an officer saw defend-

ant carrying a heavy, bulging object in his right waistband area, which defendant adjusted several times as he walked. As the police approached to question him, defendant quickly adjusted the bulge in his waistband and then fled. This combination of circumstances provided reasonable suspicion justifying the police chase of defendant, during which he abandoned a weapon (*see e.g. People v Byrd*, 304 AD2d 490 [1st Dept 2003], *lv denied* 100 NY2d 579 [2003]). The officer clearly testified, and the hearing court specifically found, that the bulge was in the waistband, and we reject defendant's arguments to the contrary. Concur—Mazzarelli, J.P., Acosta, Saxe, Moskowitz and Gesmer, JJ.